Appeal No. 12-2558
(Consolidated with No. 12-2620)

---

# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

---

QUAD/GRAPHICS, INC.,
Plaintiff-Appellee, Cross-Appellant,

v.

ONE2ONE COMMUNICATIONS LLC, et al.,
Defendants/Third-Party Plaintiff-Appellant, Cross-Appellee,

and

BRUCE HEVERLY,
Defendant/Third-Party Plaintiff-Appellant,

v.

OPENFIRST LLC, et al.
Third-Party Defendants-Appellees.

---

Appeal from the United States District Court
For the Eastern District of Wisconsin,
The Honorable J.P. Stadtmueller, Presiding
Case No. 22:09-CV-0099

---

# MOTION OF PLAINTIFF-APPELLEE/CROSS-APPELLANT
# FOR LEAVE TO FILE A SUPPLEMENTAL APPENDIX

Michael B. Apfeld
Michael D. Huitink
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, WI 53202-3590
Phone: 414-273-3500
Fax: 414-273-5198

Attorneys for Plaintiff-
Appellee/Cross-Appellant
Quad/Graphics, Inc.

Plaintiff-Appellee/Cross-Appellant Quad/Graphics, Inc. respectfully requests leave to electronically file a Supplemental Appendix, in the form attached hereto, to the Joint Brief of Plaintiff-Appellee/Cross-Appellant (the "Brief") filed on February 19, 2013. The Supplemental Appendix was erroneously omitted from the February 19, 2013 e-filing due to the mistaken belief that it was too large to be e-filed. The Supplemental Appendix was timely completed and sent with the Brief, via overnight mail, to the Court on February 19.

Filing the Supplemental Appendix in electronic form will complete the electronic record, make the filing compliant with this Court's rules, and make it consistent with the hard copies of the Brief and Supplemental Appendix and the accompanying CD already sent to the Court.

Dated this 20th day of February, 2013.

/s/ Michael D. Huitink
Michael D. Huitink
State Bar No. 1034742
Michael B. Apfeld
State Bar No. 1016749
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, WI 53202-3590
Phone: 414-273-3500
Fax:    414-273-5198
Email: mhuitink@gklaw.com

Attorneys for Plaintiff-Appellee/Cross-Appellant, Quad/Graphics, Inc.

<u>Direct Inquiries To</u>:
Michael D. Huitink
414-287-9605
9112137_1